IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLAIRE WILKERSON SCHWAB AND THEODORE A. SCHWAB, Individually and as Next Friends of T.S., <br><br> Plaintiffs, <br><br> V. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Civil Action No 1:18-cv-184-RGA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Claire Wilkerson Schwab and Theodore A. Schwab, individually and a/n/f of T.S., and Defendant Ford Motor Company, by and through their undersigned counsel, hereby stipulate and agree that Plaintiffs' claims are hereby voluntarily DISMISSED with prejudice, with each party to bear their own costs and attorneys' fees.

 */s/ Drew Dalton*
Andrew C. Dalton (#5878)
Bartholomew J. Dalton (# 808)
DALTON & ASSOCIATES PA
1106 West Tenth Street
Wilmington, DE 19806
Telephone: (302) 652-2050
adalton@bdaltonlaw.com

W. Mark Lanier
Lawrence P. Wilson
THE LANIER LAW FIRM
10940 W. Sam Houston Pkwy N., Suite 100
Houston, Texas 77064
Telephone: (713) 659-5200
Larry.Wilson@LanierLawFirm.com

| | |
|---|---|
| Scott M. Hendler, Esq.<br>HENDLER FLORES LAW, PLLC<br>1301 West 25th Street, STE 400<br>Austin, TX 78705<br>Telephone: (512) 439-3202<br>SHendler@Hendlerlaw.com<br><br>*Attorneys for Plaintiffs* |   */s/ Timothy S. Martin*<br>Timothy S. Martin (#4578)<br>WHITE AND WILLIAMS<br>600 N. King Street, Suite 800<br>Wilmington, Delaware 19801<br>(302) 467-4509<br>martint@whiteandwilliams.com<br><br>Sandra Giannone Ezell<br>BOWMAN AND BROOKE LLP<br>901 East Byrd Street, Suite 1650<br>Richmond, Virginia 23219<br>(804) 649-8200<br>sandra.ezell@bowmanandbrooke.com<br><br>Tanya B. Scarbrough<br>5830 Granite Parkway, Suite 1000<br>Plano, Texas 75024<br>(972) 616.1700<br>tanya.scarbrough@bowmanandbrooke.com<br><br>Michael R. Williams<br>BUSH SEYFERTH PLLC<br>151 South Rose Street, Suite 707<br>Kalamazoo, Michigan 49007<br>(269) 820.4100<br>williams@bsplaw.com<br><br>*Attorneys for Defendant* |

Dated: March 27, 2020

SO ORDERED this 27 day of March, 2020.

/s/ Richard G. Andrews
United States District Judge